Judge Ronald B. Leighton

12-CV-05281-ORD

**ORIGINAL**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., JAMES BRYAN, DR. JEFFREY IJAMS, DR. WILLIAM KING, and SURENDRA PULI, <br><br> Plaintiffs, <br> v. <br><br> WALMART STORES, INC., a Delaware Corporation. <br><br> Defendant. | No. CV12-5281-RBL <br><br> [~~PROPOSED~~] ORDER <br><br> **FILED UNDER SEAL** |

## ORDER

The parties having stipulated and agreed, it is hereby ORDERED that the seal on the above captioned case is partially lifted. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this ____6th____ day of ____Ju____, 2012.

_____
Judge Ronald B. Leighton
United States District Court Judge

ORDER - 1
(C12-5281-RBL)
[Under Seal]

1 | Presented by:
2
3
KAYLA C. STAHMAN
4 | REBECCA COHEN
Assistant United States Attorneys
5 | 700 Stewart St., Suite 5220
Seattle, WA 98101-1271
6
7 | *s / Jeffrey Needle*
JEFFREY NEEDLE
8 | Attorney for Relators
Jeffrey L. Needle
9 | 200 Maynard Building
119 First Avenue South
10 | Seattle, Washington 98104

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER - 2
(C12-5281-RBL)
[Under Seal]