The Honorable Ronald B. Leighton



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, ex rel., JAMES BRYAN, DR. JEFFREY IJAMS, DR. WILLIAM KING, and SURENDER PULI, <br><br>Plaintiffs,<br><br>v.<br><br>WALMART STORES, INC., a Delaware Corporation.<br><br>Defendant. | NO. CV12-5281-RBL<br><br>**FILED UNDER SEAL**<br><br>[~~PROPOSED~~] AMENDED ORDER |
|---|---|

The States have filed an *Ex Parte* Application to Amend the Order Extending Time to Intervene, in which the State Plaintiffs seek an extension to January 15, 2013, in which to notify the Court whether they intend to intervene in this *qui tam* lawsuit. Such an extension of time is expressly contemplated by the False Claims Act, which provides that the United States and States "for good cause shown move the Court for extensions of time...." RCW 74.66.050(3); 31 U.S.C. § 3730(b)(3). The Court finds that the *Ex Parte* application establishes good cause.

Accordingly, it is hereby ORDERED that all of the government Plaintiffs shall have until January 15, 2013, to notify the Court of its decision whether or not to intervene in this

AMENDED ORDER
NO. CV12-5281-RBL

1

ATTORNEY GENERAL OF WASHINGTON
Medicaid Fraud Control Unit
PO Box 40114
Olympia, WA 98504-0114
(360) 586-8888

*qui tam* action. The Clerk shall maintain the Complaint and other filings under seal for the duration of the government's investigation.

DATED this 6th day of September, 2012.

RONALD B. LEIGHTON
United States District Judge

Presented by:

ROBERT M. McKENNA
Washington Attorney General

CARRIE L. BASHAW, WSBA #20253
Assistant Attorney General
Medicaid Fraud Control Unit
P.O. Box 40114
Olympia, WA 98104
Telephone: (360) 586-8888
Email: carrieb@atg.wa.gov

AMENDED ORDER
NO. CV12-5281-RBL

2

ATTORNEY GENERAL OF WASHINGTON
Medicaid Fraud Control Unit
PO Box 40114
Olympia, WA 98504-0114
(360) 586-8888