Law Office of Jeffrey L. Needle
119 First Avenue South, Suite 200
Seattle, Washington 98104
Telephone: (206) 447-1560
Fax: (206) 447-1523
Attorney for Relators

The Honorable Ronald B. Leighton

12-CV-05281-ORD

**FILED** ____ **LODGED**
____ **RECEIVED**

OCT 03 2012

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WISCONSIN, WASHINGTON, DISTRICT OF COLUMBIA, EX REL JAMES BRYAN, JEFFREY IJAMS, WILLIAM KING, and SURENDRA PULI,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC, a Delaware Corporation,<br><br>Defendants. | NO. 3:12-CV-5281 RBL<br><br>ORDER DISMISSING THE STATE OF NEW HAMPSHIRE AS A PLAINTIFF/PARTY<br><br>**FILED UNDER SEAL** |

THIS MATTER having come on regularly before the undersigned judge of the above entitled court; and the Court having been fully advised;

ORDER DISMISSING THE STATE OF NEW HAMPSHIRE - 1,
C12-5281-RBL - FILED UNDER SEAL

JEFFREY L. NEEDLE
Attorney at Law
200 Maynard Building
119 First Avenue South
Seattle, Washington 98104
(206) 447-1560 fax (206) 447-1523

IT IS HEREBY ORDER that the State of New Hampshire shall be dismissed as a party Plaintiff in the above entitled case.

Dated this 2nd day of October, 2012.

_____
UNITED STATED DISTRICT COURT JUDGE

Submitted by:

_____
Jeffrey Needle, WSBA #6346
Attorney for Relators

ORDER DISMISSING THE STATE OF NEW HAMPSHIRE - 2,
C12-5281-RBL - FILED UNDER SEAL

JEFFREY L. NEEDLE
Attorney at Law
200 Maynard Building
119 First Avenue South
Seattle, Washington 98104
(206) 447-1560 fax (206) 447-1523