Judge Ronald B. Leighton

FILED _____ LODGED
_____ RECEIVED
JAN 1 0 2013
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

FILED ____ LODGED
_____ RECEIVED
JAN 09 2013
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY



# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

UNITED STATES OF AMERICA, ex rel.,
JAMES BRYAN, DR. JEFFREY IJAMS,
DR. WILLIAM KING, and SURENDRA PULI,

                Plaintiffs,

    v.

WALMART STORES, INC., a Delaware
Corporation.

                Defendant.

No. CV12-5281-RBL

[~~PROPOSED~~] ORDER

**FILED UNDER SEAL**

The United States and the individual states named as plaintiffs (collectively "Governmental Entities") have filed a Joint *Ex Parte* Application for an Extension of time to Consider Election to Intervene, in which the Governmental Entities seek a slightly over six (6) months extension of time, from January 15, 2013 to July 15, 2013, in which to notify the Court whether they intend to intervene in this *qui tam* lawsuit. Such an extension of time is expressly contemplated by the False Claims Act, which provides that the United States "may, for good cause shown move the Court for extensions of time . . .." 31 U.S.C. § 3730(b)(3). The Court finds that the Joint *Ex Parte* Application establishes good cause.

//
//
//



**12-CV-05281-ORD**

**ORDER - 1**
(CV12-5281-RBL)
[Under Seal]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1        Accordingly, it is hereby ORDERED that the Governmental Entities shall have until

2   July 15, 2013, to notify the Court of their decision whether or not to intervene in this *qui tam*

3   action.  The Clerk shall maintain the Complaint and other filings under seal for the duration of

4   the government's investigation.

5        DATED this _____10th_____ day of _____January_____, 2013.

6

7

8                                                    _____
                                                     RONALD B. LEIGHTON
9                                                    United States District Judge

10

11   Presented by:

12

13   _____

14   KAYLA C. STAHMAN
     REBECCA S. COHEN
15   Assistant United States Attorney

16

17   _____

18   CARRIE L. BASHAW
     Assistant Attorney General
19   On behalf of the States and NAMCFCU

20

21

22

23

24

25

26

27

28

**ORDER** - 2
(CV12-5281-RBL)
[Under Seal]