District Judge Ronald B. Leighton

```
_____ FILED _____ LODGED
          _____ RECEIVED
          JAN 16 2014
       CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JAMES BRYAN, DR. JEFFREY IJAMS, DR. WILLIAM KING, and SURENDRA PULI,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART STORES, INC., a Delaware Corp.,<br><br>Defendant. | CASE NO.  C12-5281-RBL<br><br>**FILED UNDER SEAL**<br><br>[PROPOSED] ORDER |

The Government Entities have filed an *Ex Parte* Application for an Extension of time to Consider Election to Intervene, in which the government seeks a six-month extension of time, from January 15, 2015 to July 15, 2015, in which to notify the Court whether it intends to intervene in this *qui tam* lawsuit. Such an extension of time is expressly contemplated by the False Claims Act, which provides that the United States "may, for good cause shown move the Court for extensions of time...." 31 U.S.C. § 3730(b)(3). The Court finds that the Ex Parte Application establishes good cause.

Accordingly, it is hereby ORDERED that the Government Entities shall have until July 15, 2015, to notify the Court of their decision whether or not to intervene in this *qui tam*

[PROPOSED] ORDER - 1
(C12-5281-RBL)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  action. The Clerk shall maintain the Complaint and other filings under seal for the duration
2  of the government's investigation.
3      DATED this 16th day of January, 2015.

<br>

                                        _/s/ Ronald B. Leighton_
                                        RONALD B. LEIGHTON
                                        United States District Judge

Presented by:

 s/ Kayla Stahman
KAYLA C. STAHMAN, CABA NO. 228931
REBECCA COHEN, WSBA NO. 31767
Assistant United States Attorneys
United States Attorney's Office
Western District of Washington
700 Stewart St., Suite 5220
Seattle, WA 98101-1271
E-mail: kayla.stahman@usdoj.gov

[PROPOSED] ORDER - 2
(C12-5281-RBL)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970