District Judge Ronald B. Leighton

```
 _____ FILED  _____ LODGED
        _____ RECEIVED

           JUL 21 2015

         CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                 DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA, ex rel.
JAMES BRYAN, DR. JEFFREY IJAMS,
DR. WILLIAM KING, and SURENDRA
PULI,

                    Plaintiffs,

        v.

WALMART STORES, INC., a Delaware
Corp.,

                    Defendant.

CASE NO.  C12-5281-RBL

**FILED UNDER SEAL**

[~~PROPOSED~~] ORDER

**ORDER**

The United States and the States of California, Colorado, Connecticut, Delaware,

Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Massachusetts,

Michigan, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New

York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Virginia, Washington

and Wisconsin, as well as the District of Columbia (collectively "the Government") having

declined at this time to intervene in this action pursuant to the False Claims Act, 31 U.S.C.

§ 3730(b)(4)(B), it is hereby ORDERED that:

[PROPOSED] ORDER - 1
(CASE NO: 12-5281-RBL)
UNDER SEAL

1        1.  The Complaint, this Order, the Governments' Notice of Declination, and all other

2   papers on file in this action shall be unsealed;

3        2.  Relator shall serve a copy of the Complaint, this Order, and the Governments'

4   Notice of Declination on Defendant;

5        3.  The parties shall serve all pleadings and motions filed in this action, including

6   supporting memoranda, upon the Government, as provided for in 31 U.S.C. § 3730(c)(3) and

7   the various respective State provisions.  The Government may order any deposition

8   transcripts and is entitled to intervene in this action, for good cause, at any time;

9        4.  The parties shall serve all Notices of Appeal upon the United States and the States;

10       5.  All orders of this Court shall be sent to the Government; and

11       6.  Should Relator or any Defendant propose that this action be dismissed, settled, or

12   otherwise discontinued, the Court will provide the Government with notice and an

13   opportunity to be heard before ruling or granting its approval; and

14       7.  In accordance with the Maryland False Health Claims Act, Md. Code Ann., Health

15   Gen, § 2-604(a)(7), the State of Maryland having declined to intervene in this matter, all

16   claims asserted on behalf of Maryland are dismissed without prejudice.

17

18   DATED this 20ᵗʰ day of July            , 2015.

19

20

21   RONALD B. LEIGHTON
     United States District Judge

22

23   Presented by:

24

25   KAYLA C. STAHMAN, CABA #228931

26   Assistant United States Attorney
     United States Attorney's Office

27   700 Stewart Street, Suite 5220

28   Seattle, Washington  98101

[PROPOSED] ORDER - 2
(CASE NO: 12-5281-RBL)
UNDER SEAL

1    Phone: (206) 553-7970
2    Fax: (206) 553-4073
     Email: kayla.stahman@usdoj.gov
3
4    On behalf of the States
5    ROBERT FERGUSON
6    Washington Attorney General
7
8
9    CARRIE L. BASHAW, WSBA #20253
10   Senior Counsel
     WA Medicaid Fraud Control Unit
11   P.O. Box 40114
12   Olympia, Washington  98104
     Telephone: (360) 586-8888
13   Email: carrieb@atg.wa.gov
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER - 3
(CASE NO: 12-5281-RBL)
UNDER SEAL